[Nos. 42263-8-II; 43457-1-II.   Division Two.   July 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. IRVIN LEE GREENE, *Appellant.*

*In the Matter of the Personal Restraint of* IRVIN LEE GREENE, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-02314-5, Edmund Murphy, J., entered June 17, 2011, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Hunt, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 42519-0-II.   Division Two.   July 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CATHERINE ANNE BETTS, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00121-1, S. Brooke Taylor, J., entered August 24, 2011. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 42524-6-II.   Division Two.   July 30, 2013.]

JOHN J. HADALLER, *Appellant*, v. DAVID LOWE ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Lewis County, No. 11-2-00574-5, James W. Lawler, J., entered July 29, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Bjorgen, J.